David L. YOCOM, Appellant,

v.

HUMAN SERVICES CENTER, DOCTORS, STAFF AND ADMINISTRATORS, Appellee.

No. 03–1034.

United States Court of Appeals,
Eighth Circuit.

Submitted June 6, 2003.

Decided June 9, 2003.

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

David Yocom appeals from the district court's[1] adverse grant of summary judgment in his civil action. Upon de novo review, we conclude that dismissal of Yocom's complaint, as time-barred, was proper for the reasons explained by the district court.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

1. The Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).